**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JIMMY ROEMER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2592-R** |
| | ) | |
| **KELLI DAVIS,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

This action is before the Court for review of the Report and Recommendation [Doc. No. 4] issued by United States Magistrate Judge Chris M. Stephens pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Stephens recommends that the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 1] be dismissed without prejudice for failure to state a cognizable § 2241 claim. After the time to submit an objection expired, Petitioner filed a “Motion for F.R.C.P. Rule 59(e) Request for Reconsideration for Ongoing Case Execution” [Doc. No. 5]. However, the motion contains no persuasive argument or authority that would cause this Court to reject Judge Stephen’s analysis and conclusion.

Accordingly, after conducting de novo review, the Court ADOPTS the Report and Recommendation in its entirety. For the reasons stated therein, the Petition is DISMISSED without prejudice.

IT IS SO ORDERED this 9th day of November, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE