**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JIMMY ROEMER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2592-R** |
| | ) | |
| **KELLI DAVIS,** | ) | |
| | ) | |
| **Respondents.** | ) | |

# ORDER

Before the Court is Petitioner's "Motion for F.R.C.P. Rule 59(e) Request for Reconsideration for Ongoing Case Execution" [Doc. No. 8]. The motion is nearly identical to a prior motion filed by Petitioner [Doc. No. 5]. Because the Court has already considered and rejected the arguments raised, Petitioner's current motion is DENIED. *See Servants of Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000) (explaining that a motion to reconsider "is not appropriate to revisit issues already addressed or advance arguments that could have been raised in prior briefing.").

IT IS SO ORDERED this 18th day of November, 2026.

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**